RECEIVED
IN ALEXANDRIA, LA

JUL - 7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT LEE DOYLE | CIVIL ACTION NO. 09-0588 |
| VS. | SECTION P |
| WARDEN, BEAUREGARD PARISH JAIL | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner has failed to state a claim for which *habeas corpus* relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 7th day of July, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE